# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MARLON CARPENTER, et al.,**     )
                                  )
    **Plaintiffs,**               )
                                  )**CIVIL ACTION NO. 4:02CV53-WAP**
**v.**                            )
                                  )
**KENTUCKY FINANCE COMPANY, INC.,** )
                                  )
    **Defendant.**                )

## ORDER

Currently before the Court is a Joint Stipulation of Dismissal With Prejudice as to the Claims of Certain Plaintiffs for Whom There Is No Evidence of Either a Loan Transaction or a Credit Insurance Purchase from Defendant Kentucky Finance Company, Inc., filed on behalf of Plaintiffs and Defendant. The Court finds the stipulation to be well-taken and hereby **ORDERS** that the claims of the following Plaintiffs are hereby **DISMISSED** with **PREJUDICE**:

| **Name** | **Social Security No.** | **Unique ID#** |
|---|---|---|
| Mary Austin | xxx-xx-8128 | PL13238 |
| Todd Berry | xxx-xx-5726 | PL10910 |
| Carolyn Bilbrew | xxx-xx-1167 | PL13002 |
| Elizabeth A. Bowman | xxx-xx-0070 | PL11533 |
| Angela Fay Cameron | xxx-xx-7987 | PL16322 |
| Avonda M. Carpenter | xxx-xx-0764 | PL10575 |
| Marlon Carpenter | xxx-xx-9036 | PL03092 |
| Flora Chisolm | xxx-xx-7495 | PL15666 |
| Terricka Coleman | xxx-xx-6619 | PL11597 |
| Willie Davis | xxx-xx-7114 or 7104 | PL07375 |
| Admise Gandy | xxx-xx-1150 | PL13863 |
| Barbara Hall | xxx-xx-8750 | PL13062 |

| | | |
|---|---|---|
| Ray A. Hall | xxx-xx-5983 | PL11429 |
| Mary G. Harris | xxx-xx-5761 | PL12419 |
| Kerry Haynes | xxx-xx-8816 | PL13276 |
| Robert Haynes | xxx-xx-6206 | PL16326 |
| Brigette Hicks | xxx-xx-9707 | PL13460 |
| Leroy Horne | xxx-xx-4616 | PL13894 |
| Shuwanda F. Hughes | xxx-xx-2877 | PL11830 |
| James L. Jackson | xxx-xx-5750 | PL16222 |
| Larry L. Jones | xxx-xx-7377 | PL11978 |
| Kelly Jones | xxx-xx-7989 | PL17004 |
| Christopher Jones | xxx-xx-3620 | PL17005 |
| Gladys Patterson | xxx-xx-4615 | PL16968 |

SO ORDERED this the 18th day of April, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

*s/ Heath A. Fite*
SUBMITTED BY: