# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MARLON CARPENTER, et al**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFFS**

**VERSUS**　　　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 4:02CV53-P-D**

**KENTUCKY FINANCE COMPANY, INC., et al**　　　　　　　　　　　　　　**DEFENDANTS**

## FINAL JUDGMENT

This cause came on for hearing on Kentucky Finance Company, Inc.'s Motion for Summary Judgment as to Certain Plaintiffs [91], a second Motion for Summary Judgment as to Certain Plaintiffs [94] and a third Motion for Summary Judgment as to Certain Plaintiffs [130]. The Court, having considered the motions and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Orders entered contemporaneously herewith, the Court finds that the defendants' motions are well-taken and should be sustained for the reasons set forth therein.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Kentucky Finance Company, Inc.'s Motion for Summary Judgment as to Certain Plaintiffs [91], a second Motion for Summary Judgment as to Certain Plaintiffs [94] and a third Motion for Summary Judgment as to Certain Plaintiffs [130] are well-taken and should be, and hereby are, GRANTED. IT IS FURTHER ORDERED that this cause is hereby DISMISSED WITH PREJUDICE.

This, the 19th day of January, 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/ W. Allen Pepper, Jr.　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　W. ALLEN PEPPER, JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE